UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-25-CR-0035 FB |
| ERICK SANCHEZ-DOMINGUEZ | § § § | |

**DEFENDANT'S MOTION TO MODIFY TERMS AND CONDITIONS
OF PRE-TRIAL RELEASE**

TO THE HONORABLE FRED BIERY, DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

COMES ERICK SANCHEZ-DOMINGUEZ, by and through his undersigned attorney of record, and files his Motion to Modify Terms of Pre-Trial Release showing as follows:

Defendant was arrested in this case on January 14, 2025. On January 24, 2025, the Magistrate Judge entered an order setting conditions of release (Doc. 21). That order included a condition that Defendant not travel to Mexico. Defendant's wife, children and family reside in Ciudad Juarez, Mexico just across the border from El Paso, Texas. Defendant has been in full compliance with all the terms and conditions of his bond.

He requests permission from this Court to travel to Ciudad Juarez, Mexico on January 3 & 4, 2026 to be with his family and return to the U.S. on January 5, 2026. Defendant has previously been granted permission by this Court to travel to Mexico, (Doc. 38, Doc. 42, Doc. 46, Doc. 48 & Doc. 52).

Defense counsel has inquired about the position of Pretrial Services regarding this motion, and she is unopposed to this request, and has stated that Defendant has remained in compliance with his conditions of bond. The Government's attorney defers' s to pretrial on this motion.

WHERFORE, PREMISES CONSIDERED, Defendant asks that his conditions for pretrial release be modified to permit him to travel to Ciudad Juarez, Mexico from January 3 & 4, 2026.

Respectfully submitted.

Maureen Scott Franco
Federal Public Defender

_____

/s/ David Kimmelman
SBN:  11427300
Assistant Federal Public Defender
Western District of Texas
300 Convent, Suite 2300
San Antonio, Texas 78205
(210) 472-6700
(210) 472-4454 (Fax)

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Daphne Newaz
Assistant United States Attorney
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216

& Courtesy Copy via email to:

Mona Torres
U.S. Pretrial Service Office

/s/ David Kimmelman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-25-CR-0035 FB |
| ERICK SANCHEZ-DOMINGUEZ | § § § | |

**O R D E R**

On this date came on to be considered the Defendant's Motion to Modify Conditions of Pre-Trial Release, and the Court having considered the premises, is of the opinion that the same should be and is hereby GRANTED.

It is therefore ORDERED that Defendant Erick Sanchez-Dominguez be allowed to travel to Ciudad Juarez, Mexico from January 3-4, 2026, and to return to the United States on January 5, 2026. All other terms and conditions of his bond remain in full force and effect.

SO ORDERED on this the _____ day of _____, 20___.

_____
PRESIDING JUDGE